# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-CV-21176-DPG

DAVID JANNETTI, SARAH LYN
JANNETTI, ADAM JANNETTI, and
LEAH JANNETTI,

    Petitioners,

v.

STIFEL, NICOLAUS & CO., INC.,

    Respondent.
_____/

## INDEX OF EXHIBITS TO RESPONDENT'S MOTION TO VACATE ARBITRATION AWARD

| Exhibit Number | Description |
|---|---|
| A. | Index of Exhibits |
| B. | Second Amended Statement of Claim ("ASOC") |
| C. | Stifel's Answer to Statement of Claim |
| D. | Parties' Submission Agreements |
| E. | Panel Notice Letter |
| F. | Claimants' Pre-Hearing Brief |
| G. | Stifel's Pre-Hearing Brief |
| H. | Stifel's Motion in Limine (plus opposition and order) |
| I. | Updated Oath and Checklist for Arbitrator Stephanie Charny |
| J. | Stifel's Motion to Recuse Arbitrator Charny (plus opposition and reply) |
| K. | Arbitrator Charny's Order on Motion to Recuse |
| L. | Stifel's Letter to FINRA Director to Remove Arbitrator Charny |
| M. | FINRA Director's letter denying removal of Arbitrator Charny |

| | | |
|---|---|---|
| N. | **Excerpts from the hearing transcripts of the *Jannetti* Arbitration** | |
| | N-1 | Transcript 10-14-2024 (Vol 1) |
| | N-2 | Transcript 10-15-2024 (Vol 2) |
| | N-3 | Transcript 10-17-2024 (Vol 4) |
| | N-4 | Transcript 10-18-2024 (Vol 5) |
| | N-5 | Transcript 10-22-2024 (Vol 7) |
| | N-6 | Transcript 10-23-2024 (Vol 8) |
| | N-7 | Transcript 10-24-2024 (Vol 9) |
| | N-8 | Transcript 10-25-2024 (Vol 10) |
| | N-9 | Transcript 12-06-2024 (Vol 11) |
| | N-10 | Transcript 01-22-2024 (Vol 17) |
| | N-11 | Transcript 01-24-2025 (Vol 19) (closing arguments) |
| O. | **Selected Claimants' hearing exhibits presented in *Jannetti* Arbitration** | |
| | O-1 | Chuck Roberts CRD (Central Registration Depository) (May 2024) (C's Ex. 4) |
| | O-2 | Chuck Roberts AWC (Acceptance, Waiver and Consent Letter) (C's Ex. 9) |
| | O-3 | Chuck Roberts Broker Check – 2015 (C's Ex. 10) |
| | O-4 | Chuck Roberts – Heightened Supervision Documents (C's Ex. 12) |
| | O-5 | The CR Wealth Management Group – Structured Note Allocation Charts (C's Ex. 18) |
| | O-6 | Texts & Chat Log (texts between Mr. Roberts and various customers) (C's Ex. 28) |
| | O-7 | Other Clients – Structured Note Allocations (C's Ex. 30) |
| | O-8 | Prospectus (Final) – Morgan Stanley Note (C's Ex. 32) |
| | O-9 | Introduction to Structured Investments (C's Ex. 36) |
| | O-10 | Stifel Solutions – FA Investment Manager (C's Ex. 60) |
| | O-11 | Stifel Solutions Program Philosophy (C's Ex. 61) |
| | O-12 | Structured Investments Branch Manager Guide (C's Ex. 75) |
| | O-13 | Claimants Expert's P&L Statements (excerpts from C's Ex. 150) |
| | O-14 | Claimants' Damages Chart (excerpt from C's Ex. 150) |
| P. | **Selected Respondent's exhibits presented at the hearing in *Jannetti* Arbitration** | |
| | P-1 | Account Agreement (R's Ex. 35) |

|  | P-2 | Jannetti Emails (excerpts from R's Ex. 120, 121) |
|---|---|---|
|  | P-3 | Jannetti Text Thread (R's Ex. 128) |
|  | P-4 | Jannetti Text Thread (Groups) (R's Ex. 129) |
|  | P-5 | Jannetti Financial Statement (excerpt from R's Ex. 124) |
|  | P-6 | Jannetti Spreadsheet Analysis (R's Ex. 216) |
|  | P-7 | Stifel Expert's P&L Statements |
|  | P-8 | Affidavit of G. Wayne Hillis regarding attorneys' fees |
| Q. | *Deluca* Claimants' Pre-Hearing Brief | |
| R. | Stifel's Pre-Hearing Brief in *Deluca* | |
| S. | **Excerpts from the hearing transcripts in the *Deluca* Arbitration** | |
|  | S-1 | Deluca Transcript Vol. 1 |
|  | S-2 | Deluca Transcript Vol. 3 |
|  | S-3 | Deluca Transcript Vol. 7 |
|  | S-4 | Deluca Transcript Vol. 8 |
|  | S-5 | Deluca Transcript Vol. 11 (closing arguments) |
| T. | Final Award in the *Deluca* Arbitration, FINRA Case No. 23-01288 | |
| U. | Final Award in the *Muhlbauer* Arbitration, FINRA Case No. 23-01270 | |
| V. | FINRA Director's Removal Order in *Diamantopoulos* Arbitration | |
| W. | Declaration of Jeff Bindon and exhibits | |
| X. | Declaration of V. Justin Arpey and exhibits | |
| Y. | FINRA Arbitrator's Guide | |
| Z. | Code of Ethics for Arbitrators in Commercial Disputes | |