# Exhibit P-5

Message

| | |
|---|---|
| **From**: | dwjannetti@gmail.com [dwjannetti@gmail.com] |
| **Sent**: | 5/22/2020 5:55:15 PM |
| **To**: | Lariviere, Paul (New York 3 Bryant) [/o=Stifel Nicolaus/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Lariviere, Paul (New York 3 Bryant)da7] |
| **CC**: | Roberts, Chuck (New York 3 Bryant) [/o=Stifel Nicolaus/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Roberts, Chuck (New York 3 Bryant)733] |
| **Subject**: | Personal financial statement |
| **Attachments**: | STIFEL BANK & TRUST.pdf |

Personal financial statement

David Jannetti
631.921.2787

**496**

Confidential – Produced Pursuant to Confidentiality Agreement



STIFEL | STIFEL BANK & TRUST

## Personal Financial Statement

If you are applying for individual credit or if this statement relates to your guaranty of the indebtedness of other person(s), firm(s) or corporations(s) complete all except Section 2. If you are relying on income from alimony, child support or separate maintenance or on the income or assets of another person as a basis for repayment of the credit requested, provide information in Section 2 about the person whose alimony, support, or maintenance payments or income or assets you are relying on. Alimony, child support, or separate maintenance income, need not be revealed if you do not wish to have it considered as basis for repaying this obligation.

☑ I intend to apply for individual credit _____
Applicant (signature)

If you are applying for joint credit, or if this statement relates to your guaranty of the indebtedness of other person(s) firm(s) or corporations(s), complete all sections.

☐ We intend to apply for joint credit

_____          _____          _____
Applicant (signature)                 Co-Applicant (signature)

All applicants please sign and date the back of this financial statement.

| SECTION 1 – Individual Information | | | SECTION 2 – Joint or Other Party Information | | |
|---|---|---|---|---|---|
| Legal Name | DAVID JANNETTI | | Legal Name | | |
| Home Address | 1978 PURDY AVE # B-48 | | Home Address | | |
| City, State, Zip Code | MIAMI BEACH, FL 33139 | | City, State, Zip Code | | |
| U.S. Citizen | YES | DOB - ██ 65 | U.S. Citizen | | DOB - |
| Social Security # | ████████ | | Social Security # | | |
| Occupation/ Title | INVESTOR | | Occupation/ Title | | |
| Business Name | | | Business Name | | |
| Business Address | | | Business Address | | |
| Yrs. in line of work | Home Phone - | | Yrs. in line of work | Home Phone - | |
| Business Phone | Cell - 631-921-2787 | | Business Phone | | Cell - |
| Do you have a Trust? | NO | | Do you have a Trust? | | |

| SECTION 3 – Income | Individual | Joint | Annual Expenditures | Individual | Joint |
|---|---|---|---|---|---|
| Salary, Bonuses, and Commissions | $2,500,000 | | Mortgage/ Rental Payments | | |
| Dividends | 87,000 | | Real Estate Taxes & Assessments | | |
| Real Estate Income | 150,000 | | Taxes Federal, State, Local | | |
| Other Income | 50,000 | | Insurance Payments | | |
| (Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.) | | | Other Contract Payments (car, boat, MC, Visa, etc.) | | |
| | | | Alimony, Child Support | | |
| | | | Other Expenses | | |
| TOTAL | 2,787,000 | | TOTAL | | |

STIFEL BANK & TRUST | 501 NORTH BROADWAY | ST. LOUIS, MO 63102 | (314) 317-6900 | FAX (314) 342-3090

1

Confidential – Produced Pursuant to Confidentiality Agreement

Stifel_Jannetti_0146579

## SECTION 4 - State of Financial Condition

| Assets | Individual | Joint | Liabilities & Net Worth | Individual | Joint |
|---|---|---|---|---|---|
| Cash on hand and in Banks (Schedule A) | $ 400,000 | | Notes Payable (Schedule H) | ---- | |
| U.S. Government Securities (Schedule B) | 16,100,000 | | Due to Brokers | ---- | |
| Non Marketable Securities (Schedule C) | 3,500,000 | | Amounts Payable to Others - Secured | ---- | |
| Securities held by broker in Margin Accounts | | | Amounts Payable to Others - Unsecured | ---- | |
| Restricted, Control or Margin Account Stocks | | | Accounts & Bills Due | ---- | |
| Real Estate owned (Schedule D) | $ 48,760,000 | | Real Estate Mortgages Payable (Schedules D & H) | $ 9,470,000 | |
| Accounts, Loans & Notes Receivable | $ 339,000 | | Unpaid Income Tax | ---- | |
| Automobiles | $ 200,000 | | Other Unpaid Taxes & Interest | ---- | |
| Cash Surrender Value Life Insurance (Schedule E) | $ 4,500,000 | | Other Liabilities: Itemize | ---- | |
| Vested interest in Deferred Compensation/Profit Sharing Plans/401K (Schedule F) | $ 190,000 | | | | |
| Business Ventures (Schedule G) | | | | | |
| Other Assets: Itemize Schedule G if applicable | | | | | |
| Others: | | | | | |
| | | | TOTAL LIABILITIES | $ 9,470,000 | |
| | | | NET WORTH | 64,519,000 | |
| TOTAL ASSETS | $ 73,989,000 | | TOTAL LIABILITIES & NET WORTH | 73,989,000 | |

| Contingent Liabilities | Individual | Joint | SECTION 5 — Declarations |
|---|---|---|---|
| As endorser, co-maker or guarantor | | | Have (either of) you or any firm in which you were a major owner ever declared bankruptcy, or settled any debts for less than the amounts owed? |
| On leases, contracts | | | |
| Legal claims | | | Are (either of) you a defendant in any suit or legal action? |
| Provision for federal income taxes | | | Are (either of) you presently subject to any unsatisfied judgments or tax liens? |
| Other special debt | | | Have (either of) you been audited by IRS? Date of audit: |
| TOTAL CONTINGENT LIABILITIES | | | |

## SECTION 6 — Schedules :

### SCHEDULE A – Cash, Checking and Savings Accounts, Certificates of Deposit, Money Market Funds, Etc.

| Name of Institution | Type of Account | Owner | Balance | If Pledged, to Whom? | Joint |
|---|---|---|---|---|---|
| CHASE | CHECKING | D. JANNETTI | $ 400,000 | ---- | ---- |
| | | | | | |
| | | TOTAL | | | |

### SCHEDULE B – Stocks, Bonds (Gov't & Comm.), Mutual Funds, Annuities, and Partnership Interests (General & Ltd.)
Please indicate number of Shares, Face Value (Bonds) or % of Ownership

| Number of Shares | Description | Held in Name of | Market Value* | Pledged Yes (X) | Pledged No (X) |
|---|---|---|---|---|---|
| US TRUST | BROKERAGE | D. JANNETTI | $ 8,000,000 | ---- | ---- |
| MERRILL LYNCH | BROKERAGE | D. JANNETTI | 6,300,000 | ---- | ---- |
| STIFEL | BROKERAGE | D. JANNETTI | 1,800,000 | ---- | ---- |
| | | TOTAL | 16,100,000 | ---- | ---- |

*if unlisted security or partnership interest, provide current financial statements to support basis for valuation.

### Schedule C – Non-Marketable Securities

| Number of Shares | Description | In Name of | Value | Pledge to others | Traded Where |
|---|---|---|---|---|---|
| JA 288 | PRIVATE INVESTMENT | D. JANNETTI | $ 3,000,000 | | |
| PENSAM INVESTMENT | PRIVATE INVESTMENT | D. JANNETTI | 500,000 | | |
| | | TOTAL | 3,500,000 | | |

STIFEL BANK & TRUST | 501 NORTH BROADWAY | ST. LOUIS, MO 63102 | (314) 317-6900 | FAX (314) 342-3090

2

Confidential – Produced Pursuant to Confidentiality Agreement

Stifel_Jannetti_0146580

**Schedule D – Real Estate: Mortgages & Land Contracts Receivable (and related debt, if applicable)**

| Description of Property or Address | Date of Original Investment and Amount | Market Value of Your % of Investment | Present Balance | Monthly Payment | Maturity Date |
|---|---|---|---|---|---|
| 8 ON THE BLUFF SAG 10 ON THE BLUFF | | SEE BELOW | | | |
| **TOTAL** | | | | | |

**Schedule E – Life Insurance Carried**

| Name of Company | Owner of Policy | Cash Surrender Value | Loans | Beneficiary | Face Amount |
|---|---|---|---|---|---|
| ALLIANTZ | D, JANNETTI | $4,500,000 | — | KIDS | — |
| **TOTAL** | | | | | |

**Schedule F – Vested Interest in Deferred Compensation/Profit-Sharing Plans/401K**

| Account Number | Company Name | Amount | Beneficiary | % Vested | Distribution Date |
|---|---|---|---|---|---|
| STIFEL | | $190,000 | MY KIDS | 100 | — |
| **TOTAL** | | | | | |

**Schedule G – Business Ventures**

| List Name and Address of Any Business Venture in Which You are a Principal or Partner | Your Position/Title in The Business | Total Assets Listed in Section 3 | Net Worth of Business | Your % of Ownership | Present Value of Your Investment |
|---|---|---|---|---|---|
| PINSTRIPE PROPERTIES | | | | | |

**SCHEDULE H – Loans Owing Banks, Brokers, Finance Companies, and Other (Mastercard, Visa, Etc.)**

| Owing to | Date of Original Borrowing/Amount | Present Balance | Secured by | Monthly Payment | Due |
|---|---|---|---|---|---|
| US TRUST | ①②③ MORTGAGES | $9,470,000 | PROPERTIES ①②③ | SEE BELOW | |
| **TOTAL** | | | | | |

① 8 ON THE BLUFF, SAG HARBOR, NY
PURCHASE DATE: 2014  $5M
CURRENT VALUE:  $10M
PRESENT BALANCE: $2,860,000
MONTHLY PMT:  $6,971

② 10 ON THE BLUFF, SAG HARBOR, NY
PURCHASE DATE: 2014  $5M
CURRENT VALUE:  $12M
PRESENT BALANCE: $2,860,000
MONTHLY PAYMENT: $6971
MATURING JUNE 2020

③ 31 CEDAR AVE, SAG HARBOR, NY
PURCHASE DATE: 2015  $8.1M
CURRENT VALUE:  $14M
PRESENT BALANCE: $3,750,000
MONTHLY PMT:  $8568

④ 121 NW PATH, SAGAPONACK, NY
PURCHASE DATE: 2017  $4.8M
CURRENT VALUE:  $6.5M
PRESENT BAL:  0
MONTHLY PMT:  0

⑤ 27 CEDAR AVE, SAG HARBOR, NY
PURCHASE DATE: 2017  $1.5M
CURRENT VALUE:  $2.4M
PRESENT BAL:  0
MONTHLY PMT:  0

⑥ RONEY PALACE UNITS 14H & 14I
2301 COLLINS AVE.
MIAMI BEACH, FL
PURCHASED 2019 FOR $1,875 CASH.

TOTAL REAL ESTATE $48.76M

STIFEL BANK & TRUST | 501 NORTH BROADWAY | ST. LOUIS, MO 63102 | (314) 317-6900 | FAX (314) 342-3090

3

Confidential – Produced Pursuant to Confidentiality Agreement

Stifel_Jannetti_0146581



STIFEL | STIFEL BANK & TRUST

### CONSENT

Each of the undersigned represents, warrants, and certifies that (1) the information provided herein is true, correct and complete and gives a correct and complete showing of the financial condition of the undersigned, (2) the undersigned has no direct, indirect or contingent liabilities except as set forth in the statement, and (3) legal and equitable title to all assets listed herein is in the undersigned's sole name, except as may be herein otherwise noted. Each of the undersigned agrees to notify Stifel Bank & Trust immediately and in writing of any change in name, address, or employment and of any material adverse change (1) in any of the information contained in this statement or (2) financial condition of any of the undersigned or (3) in the ability of any of the undersigned to perform its (or their) obligation to Stifel Bank & Trust.

I hereby authorize Stifel Bank & Trust ("The Bank") to obtain a consumer report or a credit report on me personally with respect to any loan in which I am the borrower, or a principal of the borrower, or a guarantor of the loan. Such reports may include personal financial, employment and credit information. "The Bank" may obtain new reports if "The Bank" renews or modifies a loan, or makes a new loan, without being required to get further approval from me. "The Bank" may disclose any report to any other person or institution who obtains any interest in any loan. "The Bank" may use the following consent with respect to any new applications for credit that I may make to "The Bank" without getting additional approval from me.

I hereby agree that Stifel Bank & Trust ("The Bank"), or any employee, agent or representative of "The Bank", may verify all of the information given or credit references. I hereby authorize any person or company in possession of any such record(s) or information to rely on a photocopy or fax of this consent and to release such records to "The Bank".

If your application for business credit is denied, you have the right to a written statement of the specific reasons for the denial. To obtain the statement, please contact the Senior Lender at Stifel Bank & Trust, 501 North Broadway, St. Louis, MO 63102, (314) 317-6900, within 60 days from the date you are notified of our decision. We will send you a written statement of reasons for the denial within 30 days of receiving your request for the statement.

**NOTICE:** The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Reserve Bank of St. Louis MO, P.O. Box 442 St. Louis MO, 63166, (314) 444-8444 or Toll free 1 (800) 333-0810

### IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT

To help the government fight the funding of terrorism and money laundering activities, Federal Law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your drivers license or other identifying documents.

_____     5/22/20
Signature (Individual)                       Date

_____     _____
Signature (Joint Party)                      Date

**\*\* ONCE SIGNED AND COMPLETED, PLEASE FAX TO (314) 342-3090, AND MAIL ORIGINAL TO BANK ADDRESS BELOW\*\***

STIFEL BANK & TRUST  |  501 NORTH BROADWAY  |  ST. LOUIS, MO 63102  |  (314) 317-6900  |  FAX (314) 342-3090

4

**500**

Confidential – Produced Pursuant to Confidentiality Agreement

Stifel_Jannetti_0146582