# Exhibit P-7

09/16/2024 12:24 Portfolio Perspective Analyst™
Prepared By: Secure Financial Services, Inc.

# JANNETTI V. STIFEL

# DAVID JANNETTI - STIFEL PRESTIGE ACCOUNT
## ▆-2778-ST

02/2020 Thru 05/2023

Stifel_Jannetti_0163869

# Total Investment Summary

Account Number: ▮-2778-ST
Account Name: DAVID JANNETTI - STIFEL PRESTIGE ACCOUNT

Case Name: JANNETTI V. STIFEL
Date Range: 02/2020 Thru 05/2023

## CASH & SECURITIES IN:                                    $39,482,332.53

| | |
|---|---:|
| BEGINNING CASH BALANCE | $0.00 |
| SECURITIES OPEN IN ACCOUNT | $0.00 |
| SECURITIES RECEIVED IN | $0.00 |
| CASH DEPOSITS | $29,225,525.54 |
| CASH TRANSFERRED IN | $10,256,806.99 |
| DEBITS TRANSFERRED IN | $0.00 |
| CREDIT ADJUSTMENT | $0.00 |

## CASH & SECURITIES OUT:                                   $26,932,811.61

| | |
|---|---:|
| ENDING CASH BALANCE | $0.00 |
| SECURITIES DELIVERED OUT | $2,881,640.88 |
| CASH WITHDRAWN | $15,979,840.39 |
| CASH TRANSFERRED OUT | $8,071,330.34 |
| DEBITS TRANSFERRED OUT | $0.00 |
| TAXES WITHHELD | $0.00 |
| SECURITIES IN ACCOUNT | $0.00 |
| DEBIT ADJUSTMENT | $0.00 |

## RETURN ON INVESTMENT:                                    ($12,212,753.72)

### NET TRADING RESULT                                      ($15,308,946.48)

| | |
|---|---:|
| DIVIDEND INCOME | $0.00 |
| INTEREST INCOME | $3,096,192.76 |

## MISC. INCOME & EXPENSE:                                  ($336,767.20)

| | |
|---|---:|
| MONEY MARKET FUND INCOME | $66.89 |
| MISCELLANEOUS CREDITS | $0.00 |
| INTEREST CHARGES | ($336,834.09) |
| MISCELLANEOUS CHARGES | $0.00 |

**Net Loss                                                  ($12,549,520.92)**

**Total Investment Summary                    Net Loss     ($12,549,520.92)**

# Annual Profit / (Loss)

Account Number: ▮-2778-ST
Account Name: DAVID JANNETTI - STIFEL PRESTIGE ACCOUNT

Case Name: JANNETTI V. STIFEL
Date Range: 02/2020 Thru 05/2023

| | Date Range | Beginning Balance | Cash & Securities In | Cash & Securities Out | Ending Balance | Gain /(Loss) |
|---|---|---|---|---|---|---|
| 1 | 02/2020 - 12/2020 | $0.00 | $11,477,425.54 | $2,559,213.18 | $9,388,378.94 | $470,166.58 |
| 2 | 01/2021 - 12/2021 | $9,388,378.94 | $22,826,509.76 | $10,901,405.67 | $19,117,623.41 | ($2,195,859.62) |
| 3 | 01/2022 - 12/2022 | $19,117,623.41 | $5,138,613.34 | $9,375,517.43 | $4,016,433.36 | ($10,864,285.96) |
| 4 | 01/2023 - 05/2023 | $4,016,433.36 | $39,783.89 | $4,096,675.33 | $0.00 | $40,458.08 |
| 5 | 02/2020 - 05/2023 | $0.00 | $39,482,332.53 | $26,932,811.61 | $0.00 | ($12,549,520.92) |

Account Number: ▮-2778-ST
Account Name: DAVID JANNETTI - STIFEL PRESTIGE ACCOUNT

**Monthly Profit / (Loss)**

Case Name: JANNETTI V. STIFEL
Date Range: 02/2020 Thru 05/2023

| Month End | Mkt Val Sec Recvd | Deposits | Cash Tfr In | Mkt Val Sec Delv | Cash Withdrawn | Cash Tfr Out | Cuml CR/DR | Month End Equity | Month P & L | Cuml P & L | Margin Interest | Income | Fees / Misc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 02/29/2020 | | $400,000.00 | | | | | $400,000.00 | $394,681.75 | ($5,318.25) | ($5,318.25) | | $1.75 | |
| 2 03/31/2020 | | $1,000,000.00 | | | | | $1,400,000.00 | $1,264,864.81 | ($129,816.94) | ($135,135.19) | | $3.06 | |
| 3 04/30/2020 | | | | | | | $1,400,000.00 | $1,415,724.81 | $150,860.00 | $15,724.81 | | | |
| 4 05/31/2020 | | | | | | | $1,400,000.00 | $1,434,509.81 | $18,785.00 | $34,509.81 | | $10,115.00 | |
| 5 06/30/2020 | | $2,000,000.00 | | | | | $3,389,880.19 | $3,317,067.52 | ($107,322.48) | ($72,812.67) | | $37,502.52 | |
| 6 07/31/2020 | | | | | ($10,119.81) | | $3,352,377.67 | $3,358,195.29 | $78,630.29 | $5,817.62 | | $0.29 | |
| 7 08/31/2020 | | | | | ($37,502.52) | | $3,352,377.67 | $3,418,477.81 | $60,282.52 | $66,100.14 | | $7,552.52 | |
| 8 09/30/2020 | | | | | ($83,390.31) | | $3,268,987.36 | $3,225,290.16 | ($109,797.34) | ($43,697.20) | | $75,837.66 | |
| 9 10/31/2020 | | $7,000,000.00 | | | ($37,500.00) | | $9,231,487.36 | $9,210,170.44 | $22,380.28 | ($21,316.92) | | $37,500.28 | |
| 10 11/30/2020 | | $45,000.00 | | | | | $9,276,487.36 | $9,613,556.36 | $358,385.92 | $337,069.00 | ($288.08) | | |
| 11 12/31/2020 | | $1,032,425.54 | | | ($313,275.00) | ($1,077,425.54) | $8,918,212.36 | $9,388,378.94 | $133,097.58 | $470,166.58 | ($887.98) | $313,279.56 | |
| 12 01/31/2021 | | $581,000.00 | | | | ($95,000.00) | $9,404,212.36 | $9,862,907.22 | ($11,471.72) | $458,694.86 | ($75.70) | $18.88 | |
| 13 02/28/2021 | | | $2,000,000.00 | | ($27,850.00) | ($1,500,000.00) | $9,876,362.36 | $10,430,557.78 | $95,500.56 | $554,195.42 | ($2,453.44) | $27,850.92 | |
| 14 03/31/2021 | | | $2,920,721.38 | | ($3,105,900.00) | | $9,691,183.74 | $10,340,444.65 | $95,065.49 | $649,260.91 | ($4,660.51) | $105,900.00 | |
| 15 04/30/2021 | | $724,000.00 | $0.26 | | ($261,302.21) | ($324,000.00) | $9,829,881.79 | $10,812,128.74 | $332,986.04 | $982,246.95 | ($6,128.17) | $261,302.21 | |
| 16 05/31/2021 | | | $0.13 | | | | $9,829,881.92 | $10,850,527.82 | $38,398.95 | $1,020,645.90 | ($6,409.05) | | |
| 17 06/30/2021 | | $2,500,000.00 | $0.12 | | ($289,088.00) | | $12,040,794.04 | $13,287,470.09 | $226,030.15 | $1,246,676.05 | ($2,067.75) | $289,088.38 | |
| 18 07/31/2021 | | | | | ($174,336.00) | ($9,222.35) | $11,857,235.69 | $12,478,089.16 | ($625,822.58) | $620,853.47 | ($2,610.58) | $286,836.00 | |
| 19 08/31/2021 | | $11,200,000.00 | | | | ($325,563.98) | $22,731,671.71 | $24,042,834.32 | $690,309.14 | $1,311,162.61 | ($1,393.19) | $25.13 | |
| 20 09/30/2021 | | $2,600,000.00 | | | ($270,750.00) | ($1,007,025.00) | $24,053,896.71 | $24,703,265.43 | ($661,793.89) | $649,368.72 | ($590.73) | $270,751.48 | |
| 21 10/31/2021 | | | $300,787.87 | | | ($751,100.00) | $23,603,584.58 | $24,954,455.23 | $701,501.93 | $1,350,870.65 | ($1,319.22) | $436,838.50 | |
| 22 11/30/2021 | | | | | | ($601,517.58) | $23,002,067.00 | $22,346,125.76 | ($2,006,811.89) | ($655,941.24) | ($4,733.02) | $0.99 | |
| 23 12/31/2021 | | | | | ($1,151,750.55) | ($1,007,000.00) | $20,843,316.45 | $19,117,623.41 | ($1,069,751.80) | ($1,725,693.04) | ($8,593.49) | $501,750.55 | |
| 24 01/31/2022 | | | | | | ($75,000.00) | $20,768,316.45 | $14,657,849.77 | ($4,384,773.64) | ($6,110,466.68) | ($7,931.64) | $112,500.00 | |
| 25 02/28/2022 | | | | | ($1,504,314.91) | | $19,264,001.54 | $11,444,769.70 | ($1,708,765.16) | ($7,819,231.84) | ($7,997.16) | | |
| 26 03/31/2022 | | | | | ($700,000.00) | | $18,564,001.54 | $11,416,271.78 | $671,502.08 | ($7,147,729.76) | ($12,955.92) | $198,300.00 | |
| 27 04/30/2022 | | | | | ($500,000.00) | | $18,064,001.54 | $6,954,495.29 | ($3,961,776.49) | ($11,109,506.25) | ($14,263.38) | | |
| 28 05/31/2022 | | | $1,740,000.63 | | ($500,000.00) | | $19,304,002.17 | $6,848,216.28 | ($1,346,279.64) | ($12,455,785.89) | ($15,925.64) | | |
| 29 06/30/2022 | | $143,100.00 | | | | | $19,447,102.17 | $7,206,830.63 | $215,514.35 | ($12,240,271.54) | ($19,391.87) | $48,300.00 | |
| 30 07/31/2022 | | | | | ($1,500,000.00) | | $17,947,102.17 | $6,809,243.37 | $1,102,412.74 | ($11,137,858.80) | ($24,141.06) | | |
| 31 08/31/2022 | | | | | ($500,000.00) | ($200,000.00) | $17,447,102.17 | $5,748,612.31 | ($560,631.06) | ($11,698,489.86) | ($32,462.28) | | |
| 32 09/30/2022 | | | $200,000.00 | | | | $17,447,102.17 | $4,758,083.37 | ($990,528.94) | ($12,689,018.80) | ($29,158.14) | $37,500.00 | |
| 33 10/31/2022 | | | | ($2,881,640.88) | ($730,390.95) | ($18,470.98) | $13,816,599.36 | $1,437,143.58 | $309,563.02 | ($12,379,455.78) | ($26,198.98) | | |

# Monthly Profit / (Loss)

Account Number: ▮-2778-ST
Account Name: DAVID JANNETTI - STIFEL PRESTIGE ACCOUNT

Case Name: JANNETTI V. STIFEL
Date Range: 02/2020 Thru 05/2023

| Month End | Mkt Val Sec Recvd | Deposits | Cash Tfr In | Mkt Val Sec Delv | Cash Withdrawn | Cash Tfr Out | Cuml CR/DR | Month End Equity | Month P & L | Cuml P & L | Margin Interest | Income | Fees / Misc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 11/30/2022 | | | $5,699.71 | | ($5,699.71) | ($60,000.00) | $13,756,599.36 | $1,492,547.28 | $115,403.70 | ($12,264,052.08) | ($31,949.30) | | |
| 35 12/31/2022 | | | $3,049,813.00 | | ($200,000.00) | | $16,606,412.36 | $4,016,433.36 | ($325,926.92) | ($12,589,979.00) | ($27,596.92) | $18,750.00 | |
| 36 01/31/2023 | | | | | ($600,000.00) | | $16,006,412.36 | $3,869,901.30 | $453,467.94 | ($12,136,511.06) | ($16,813.06) | | |
| 37 02/28/2023 | | | $39,235.97 | | ($139,235.97) | | $15,906,412.36 | $3,686,003.57 | ($83,897.73) | ($12,220,408.79) | ($14,027.73) | | |
| 38 03/31/2023 | | | $547.92 | | ($950,000.00) | ($0.04) | $14,956,960.24 | $2,448,108.80 | ($288,442.65) | ($12,508,851.44) | ($12,015.75) | $18,750.00 | |
| 39 04/30/2023 | | | | | ($2,387,434.45) | ($20,000.00) | $12,549,525.79 | $4.87 | ($40,669.48) | ($12,549,520.92) | ($1,794.35) | $4.87 | |
| 40 05/31/2023 | | | | | | ($4.87) | $12,549,520.92 | $0.00 | $0.00 | ($12,549,520.92) | | | |
| | $0.00 | $29,225,525.54 | $10,256,806.99 | ($2,881,640.88) | ($15,979,840.39) | ($8,071,330.34) | | | ($12,549,520.92) | ($12,549,520.92) | ($336,834.09) | $3,096,259.65 | $0.00 |

NOTE: Deposits include Beginning Cash Balance, Debits Transferred In and Credit Adjustments.
Cash Withdrawn includes Taxes Withheld, Debits Transferred Out and Debit Adjustments.

Stifel_Jannetti_0163873





Stifel_Jannetti_0163875

# Return On Investment - Summary

Account Number: ▇▇▇-2778-ST  
Account Name: DAVID JANNETTI - STIFEL PRESTIGE ACCOUNT

Case Name: JANNETTI V. STIFEL  
Date Range: 02/2020 Thru 05/2023

**Subtotals On:**

| | Trading Gain/(Loss) | Income | Net Return | % Return |
|---|---|---|---|---|
| EQUITIES | ($166,370.78) | $0.00 | ($166,370.78) | -16.57% |
| STRUCTURED PRODUCTS | ($15,963,937.90) | $3,096,192.76 | ($12,867,745.14) | -19.35% |
| ALTERNATIVE INVESTMENTS | $821,362.20 | $0.00 | $821,362.20 | 39.87% |
| **Totals** | **($15,308,946.48)** | **$3,096,192.76** | **($12,212,753.72)** | |

| | |
|---|---|
| Net Return on Investment | ($12,212,753.72) |
| Money Market Funds | $66.89 |
| Miscellaneous Credits | $0.00 |
| Interest Charges | ($336,834.09) |
| Miscellaneous Charges | $0.00 |
| **Net Loss** | **($12,549,520.92)** |

# JANNETTI V. STIFEL

## DAVID JANNETTI - SOLUTIONS MANAGED ACCOUNT - STIFEL PRESTIGE ACCOUNT ▮-5990-ST

10/2020 Thru 03/2023

09/16/2024 12:49 Portfolio Perspective Analyst™
Prepared By: Secure Financial Services, Inc.

Stifel_Jannetti_0164267

# Total Investment Summary

Account Number: ████-5990-ST
Account Name: DAVID JANNETTI - SOLUTIONS MANAGED ACCOUNT - STIFEL PRESTIGE ACCOUNT

Case Name: JANNETTI V. STIFEL
Date Range: 10/2020 Thru 03/2023

## CASH & SECURITIES IN:

| | |
|---|---:|
| BEGINNING CASH BALANCE | $0.00 |
| SECURITIES OPEN IN ACCOUNT | $0.00 |
| SECURITIES RECEIVED IN | $5,223,658.79 |
| CASH DEPOSITS | $0.00 |
| CASH TRANSFERRED IN | $7,533,858.64 |
| DEBITS TRANSFERRED IN | $0.00 |
| CREDIT ADJUSTMENT | $0.00 |
| | **$12,757,517.43** |

## CASH & SECURITIES OUT:

| | |
|---|---:|
| ENDING CASH BALANCE | $0.00 |
| SECURITIES DELIVERED OUT | $0.00 |
| CASH WITHDRAWN | $0.00 |
| CASH TRANSFERRED OUT | $9,576,099.62 |
| DEBITS TRANSFERRED OUT | $0.00 |
| TAXES WITHHELD | $0.00 |
| SECURITIES IN ACCOUNT | $0.00 |
| DEBIT ADJUSTMENT | $0.00 |
| | **$9,576,099.62** |

## RETURN ON INVESTMENT:

| | |
|---|---:|
| NET TRADING RESULT | ($3,137,546.23) |
| DIVIDEND INCOME | $1,757.86 |
| INTEREST INCOME | $29,893.60 |
| | **($3,105,894.77)** |

## MISC. INCOME & EXPENSE:

| | |
|---|---:|
| MONEY MARKET FUND INCOME | $10,478.58 |
| MISCELLANEOUS CREDITS | $0.00 |
| INTEREST CHARGES | ($89.11) |
| MISCELLANEOUS CHARGES | ($85,912.51) |
| | **($75,523.04)** |

**Net Loss** **($3,181,417.81)**

## Total Investment Summary

**Net Loss** **($3,181,417.81)**

## Annual Profit / (Loss)

Account Number: ▮▮▮▮-5990-ST
Account Name: DAVID JANNETTI - SOLUTIONS MANAGED ACCOUNT - STIFEL PRESTIGE ACCOUNT

Case Name: JANNETTI V. STIFEL
Date Range: 10/2020 Thru 03/2023

| | Date Range | Beginning Balance | Cash & Securities In | Cash & Securities Out | Ending Balance | Gain /(Loss) |
|---|---|---|---|---|---|---|
| 1 | 10/2020 - 12/2020 | $0.00 | $2,032,425.54 | $0.00 | $2,503,875.46 | $471,449.92 |
| 2 | 01/2021 - 12/2021 | $2,503,875.46 | $10,725,088.23 | $4,540,803.02 | $8,851,933.61 | $163,772.94 |
| 3 | 01/2022 - 12/2022 | $8,851,933.61 | $0.00 | $4,995,512.71 | $37,222.87 | ($3,819,198.03) |
| 4 | 01/2023 - 03/2023 | $37,222.87 | $3.66 | $39,783.89 | $0.00 | $2,557.36 |
| 5 | 10/2020 - 03/2023 | $0.00 | $12,757,517.43 | $9,576,099.62 | $0.00 | ($3,181,417.81) |

09/16/2024 12:51 Portfolio Perspective Analyst™   Annual Profit / (Loss)   Page 1 of 1
Prepared By: Secure Financial Services, Inc.

Stifel_Jannetti_0164269

**Monthly Profit / (Loss)**

Account Number: ▮-5990-ST
Account Name: DAVID JANNETTI - SOLUTIONS MANAGED ACCOUNT - STIFEL PRESTIGE ACCOUNT

Case Name: JANNETTI V. STIFEL
Date Range: 10/2020 Thru 03/2023

| Month End | Mkt Val Sec Recvd | Deposits | Cash Tfr In | Mkt Val Sec Delv | Cash Withdrawn | Cash Tfr Out | Cuml CR/DR | Month End Equity | Month P & L | Cuml P & L | Margin Interest | Income | Fees / Misc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 10/31/2020 | | | $1,000,000.00 | | | | $1,000,000.00 | $934,034.93 | ($65,965.07) | ($65,965.07) | | $1.49 | ($1,791.66) |
| 2 11/30/2020 | | | | | | | $1,000,000.00 | $1,211,073.63 | $277,038.70 | $211,073.63 | | $1,607.25 | |
| 3 12/31/2020 | | | $1,032,425.54 | | | | $2,032,425.54 | $2,503,875.46 | $260,376.29 | $471,449.92 | | $0.76 | ($623.75) |
| 4 01/31/2021 | | | | | | | $2,032,425.54 | $2,591,120.60 | $87,245.14 | $558,695.06 | | $150.68 | ($4,694.76) |
| 5 02/28/2021 | $5,222,640.35 | | $1,500,000.00 | | | ($4,239,000.00) | $4,516,065.89 | $4,946,445.12 | ($128,315.83) | $430,379.23 | | $29,893.60 | ($1,688.27) |
| 6 03/31/2021 | | $1,018.44 | | | | ($1,015.15) | $4,516,069.18 | $4,366,704.12 | ($579,744.29) | ($149,365.06) | | $0.26 | ($729.16) |
| 7 04/30/2021 | | | $300,000.00 | | | | $4,816,069.18 | $4,906,839.93 | $240,135.81 | $90,770.75 | ($13.11) | | ($8,625.06) |
| 8 05/31/2021 | | | | | | | $4,816,069.18 | $4,835,349.95 | ($71,489.98) | $19,280.77 | | | |
| 9 06/30/2021 | | | | | | | $4,816,069.18 | $5,334,680.14 | $499,330.19 | $518,610.96 | | | |
| 10 07/31/2021 | | | $9,222.35 | | | | $4,825,291.53 | $5,277,097.94 | ($66,804.55) | $451,806.41 | | | ($10,001.18) |
| 11 08/31/2021 | | | $325,563.98 | | | | $5,150,855.51 | $6,154,939.56 | $552,277.64 | $1,004,084.05 | | | ($354.66) |
| 12 09/30/2021 | | | $1,007,025.00 | | | | $6,157,880.51 | $7,213,634.62 | $51,670.06 | $1,055,754.11 | | | ($83.31) |
| 13 10/31/2021 | | | $751,100.53 | | | ($300,787.87) | $6,608,193.17 | $8,682,140.53 | $1,018,193.25 | $2,073,947.36 | ($2.67) | $0.32 | ($14,058.24) |
| 14 11/30/2021 | | | $601,517.58 | | | | $7,209,710.75 | $8,350,210.73 | ($933,447.38) | $1,140,499.98 | | | ($366.60) |
| 15 12/31/2021 | | | $1,007,000.00 | | | | $8,216,710.75 | $8,851,933.61 | ($505,277.12) | $635,222.86 | | | ($364.03) |
| 16 01/31/2022 | | | | | | | $8,216,710.75 | $7,377,552.11 | ($1,474,381.50) | ($839,158.64) | | $20.37 | ($16,595.15) |
| 17 02/28/2022 | | | | | | | $8,216,710.75 | $7,330,915.03 | ($46,637.08) | ($885,795.72) | | $20.38 | |
| 18 03/31/2022 | | | | | | | $8,216,710.75 | $7,647,045.31 | $316,130.28 | ($569,665.44) | | $22.55 | |
| 19 04/30/2022 | | | | | | | $8,216,710.75 | $6,646,674.88 | ($1,000,370.43) | ($1,570,035.87) | | $21.70 | ($14,336.29) |
| 20 05/31/2022 | | | | | | ($1,740,000.00) | $6,476,710.75 | $4,124,409.50 | ($782,265.38) | ($2,352,301.25) | | $11.14 | $1,872.49 |
| 21 06/30/2022 | | | | | | | $6,476,710.75 | $3,872,468.52 | ($251,940.98) | ($2,604,242.23) | | $104.24 | |
| 22 07/31/2022 | | | | | | | $6,476,710.75 | $4,244,267.97 | $371,799.45 | ($2,232,442.78) | | $330.45 | ($7,260.87) |
| 23 08/31/2022 | | | | | | | $6,476,710.75 | $4,231,126.43 | ($13,141.54) | ($2,245,584.32) | | $496.54 | |
| 24 09/30/2022 | | | | | | ($80,000.00) | $6,396,710.75 | $3,683,104.31 | ($468,022.12) | ($2,713,606.44) | ($73.33) | $616.01 | $46.66 |
| 25 10/31/2022 | | | | | | | $6,396,710.75 | $3,459,509.47 | ($223,594.84) | ($2,937,201.28) | | $1,823.86 | ($6,905.82) |
| 26 11/30/2022 | | | | | | ($5,699.71) | $6,391,011.04 | $3,232,234.52 | ($221,575.24) | ($3,158,776.52) | | $4,272.80 | |
| 27 12/31/2022 | | | | | | ($3,169,813.00) | $3,221,198.04 | $37,222.87 | ($25,198.65) | ($3,183,975.17) | | $2,734.80 | $672.84 |
| 28 01/31/2023 | | | | | | | $3,221,198.04 | $37,336.76 | $113.89 | ($3,183,861.28) | | $0.68 | ($69.79) |
| 29 02/28/2023 | | | | | | ($39,235.97) | $3,181,962.07 | $544.27 | $2,443.48 | ($3,181,417.80) | | $0.13 | $44.14 |
| 30 03/31/2023 | | | $3.66 | | | ($547.92) | $3,181,417.81 | $0.00 | ($0.01) | ($3,181,417.81) | | $0.03 | ($0.04) |

## Monthly Profit / (Loss)

Account Number: ███-5990-ST  
Account Name: DAVID JANNETTI - SOLUTIONS MANAGED ACCOUNT - STIFEL PRESTIGE ACCOUNT

Case Name: JANNETTI V. STIFEL  
Date Range: 10/2020 Thru 03/2023

| Month End | Mkt Val Sec Recvd | Deposits | Cash Tfr In | Mkt Val Sec Delv | Cash Withdrawn | Cash Tfr Out | Cuml CR/DR | Month End Equity | Month P & L | Cuml P & L | Margin Interest | Income | Fees / Misc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $5,223,658.79 | $0.00 | $7,533,858.64 | $0.00 | $0.00 | ($9,576,099.62) | | | ($3,181,417.81) | ($3,181,417.81) | ($89.11) | $42,130.04 | ($85,912.51) |

NOTE: Deposits include Beginning Cash Balance, Debits Transferred In and Credit Adjustments.  
Cash Withdrawn includes Taxes Withheld, Debits Transferred Out and Debit Adjustments.





# Return On Investment - Summary

Account Number: ▮-5990-ST
Account Name: DAVID JANNETTI - SOLUTIONS MANAGED ACCOUNT - STIFEL PRESTIGE ACCOUNT

Case Name: JANNETTI V. STIFEL
Date Range: 10/2020 Thru 03/2023

### Subtotals On:

| | Trading Gain/(Loss) | Income | Net Return | % Return |
|---|---|---|---|---|
| EQUITIES | ($3,125,418.02) | $1,757.86 | ($3,123,660.16) | -29.00% |
| PREFERRED STOCKS | ($3,971.48) | $0.00 | ($3,971.48) | -0.20% |
| CORPORATE BONDS | ($3,294.72) | $23,467.10 | $20,172.38 | 0.92% |
| MUNICIPAL BONDS | ($4,745.25) | $6,426.50 | $1,681.25 | 0.23% |
| CLOSED END MUTUAL FUNDS | ($116.76) | $0.00 | ($116.76) | -0.06% |
| **Totals** | **($3,137,546.23)** | **$31,651.46** | **($3,105,894.77)** | |

| | |
|---|---|
| Net Return on Investment | ($3,105,894.77) |
| Money Market Funds | $10,478.58 |
| Miscellaneous Credits | $0.00 |
| Interest Charges | ($89.11) |
| Miscellaneous Charges | ($85,912.51) |
| **Net Loss** | **($3,181,417.81)** |

**Return On Investment - Summary**

Stifel_Jannetti_0164274