# Exhibit 7

CHAT

**Date Sent/Received:**

2022-05-26 03:12:36 PM UTC

**Adjusted Date Sent/Received:**

2022-05-26 11:12:36 AM EDT

**Folder:**

N/A

**Status:**

N/A

**Sender:**

Chuck Roberts   Redacted

**Recipients:**

Unknown   Redacted

**Message:**

Redacted gladly did this round of notes with his $15K. I'm calling and chiseling every mother fucker.

Confidential – Produced Pursuant to Confidentiality Agreement