# Exhibit A



| | |
|---|---|
| **TO:** | G. Wayne Hillis, Esq. |
| **CC:** | Jeffrey Erez, Esq. |
| **From:** | Allison Neumann<br>Case Administrator |
| **Subject:** | FINRA Dispute Resolution Services Arbitration Number 25-01756<br>Mark Sustana, individually and as Trustee of the Mark Sustana Trust and Linda Sustana vs. Stifel, Nicolaus & Co., Inc. |
| **Date:** | October 28, 2025 |

On October 13, 2025, an Arbitrator Ranking Form for the above-captioned case was provided to the parties. Please be advised that the challenge to the listed arbitrator, Arbitrator Carl Perdue, has been granted. The Director has determined that the Director will remove an arbitrator if it is reasonable to infer that the arbitrator is biased, lacks impartiality, or has a direct or indirect interest in the outcome of the arbitration.  The interest or bias must be definite and capable of reasonable demonstration, rather than remote or speculative.  Arbitrator Perdue was a member of a panel that issued an award in Case 23-01270 in November 2024. In that case, the panel awarded substantial damages and attorneys' fees. That case involved the same Respondent, the same financial advisor, the same supervisors, and the same products.  Based on the similarities between the two cases, it is reasonable to infer that Arbitrator Perdue may be biased or lack impartiality in the present case.

Arbitrator Carl Perdue has been removed from this list and has been replaced with Arbitrator Randy Tulepan (A66853).

We have made available for your review, on the DR Portal under the List Selection Tab, an updated Arbitrator Ranking Form and a Disclosure Report for each arbitrator on the list. The Disclosure Reports provide important arbitrator background information, including a list of the arbitrator's prior NASD and FINRA awards.

**If you have already submitted your ranking form to FINRA, please submit new rankings for the updated list by November 3, 2025. Your previous rankings will no longer be considered.**

If you have any questions, please do not hesitate to contact me at 561-447-2686 or by email at Allison.Neumann@finra.org.

Investor protection. Market integrity.   FINRA Dispute Resolution Services   Boca Center Tower 1      t  561 416 0277
Southeast Regional Office          5200 Town Center Circle   www.finra.org
                                    Suite 200
                                    Boca Raton, FL
                                    33486-1017

AN5:an5:LC54U
idr: 01/09/2023


RECIPIENTS:

G. Wayne Hillis, Esq., BRADLEY ARANT BOULT CUMMINGS LLP, 1230 Peachtree Street NE,
    Suite 2100, Atlanta, GA 30309
On Behalf Of: Stifel, Nicolaus & Co., Inc.

CC:
Jeffrey Erez, Esq., Erez Law, PLLC, 1 SE Third Avenue, Suite 1670, Miami, FL 33131
On Behalf Of: Mark Sustana Trust; Linda Sustana; Mark Sustana