UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID JANNETTI, SARAH LYN
JANNETTI, ADAM JANNETTI, and
LEAH JANNETTI,

    Petitioners,

v.

STIFEL, NICOLAUS & CO., INC.,

    Respondent.
_____/

Case No.: 1:25-CV-21176-DPG

**NOTICE OF WITHDRAWAL OF PETITIONERS' NOTICE OF RESPONSE TO RESPONDENT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

    Petitioners hereby give notice of the withdrawal of their Notice of Response to Respondent's Notice of Supplemental Authority [ECF No. 48].

Dated: November 10, 2025

Respectfully submitted,

MINSKER LAW PLLC

By: */s/ Jonathan E. Minsker*
Jonathan E. Minsker
Florida Bar No. 0038120
1100 Biscayne Blvd., Ste. 3701
Miami, Florida 33132
Telephone: (786) 988-1020
jminsker@minskerlaw.com

*Attorney to Petitioners David Jannetti, Sarah Lyn Jannetti, Adam Jannetti and Leah Jannetti*

-and-

Jeffrey Erez, Esq.
Florida Bar No.: 0102369
Stefan Apotheker, Esq.

Florida Bar No.: 0012502
EREZ LAW, PLLC
One Downtown
1 SE 3rd Avenue, Suite 1670
Miami, Florida 33131
Telephone Number: (305) 728-3320
Toll Free Number: (888) 840-1571
Facsimile Number: (786) 842-7549
jerez@erezlaw.com
sapotheker@erezlaw.com

*Attorneys to Petitioners David Jannetti, Sarah Lyn Jannetti, Adam Jannetti and Leah Jannetti*

-and-

Melanie E. Damian
Florida Bar No. 99392
DAMIAN | VALORI | CULMO
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
mdamian@dvllp.com

*Attorneys to Petitioners David Jannetti, Sarah  Lyn Jannetti, Adam Jannetti and Leah Jannetti*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Petitioners' Notice of Withdrawal of Petitioners' Notice of Response to Respondent's Notice of Supplemental Authority was served on this 10th day of November, 2025 on all counsel of record via the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jonathan E. Minsker*
　　　　　　　　　　　　　　　　　　　　　　　　　　Jonathan E. Minsker