UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-CV-21176-DPG

DAVID JANNETTI, SARAH LYN
JANNETTI, ADAM JANNETTI, and
LEAH JANNETTI,

    Petitioners,

v.

STIFEL, NICOLAUS & CO., INC.,

    Respondent.
_____/

### RESPONDENT'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO VACATE ARBITRATION AWARD

    Respondent Stifel, Nicolaus & Co. submits the attached, recent decision by the Director of FINRA Dispute Resolution Services in *Estate of Lovejoy Duryea, et al., v. Stifel, Nicolaus & Co.*, FINRA No. 25-02274, excluding two potential arbitrators, including one of the arbitrators that issued the decision at issue here, for bias and lack of impartiality as supplemental authority in support of Section II.A of its Motion to Vacate (D.E. 27 at 12-20).

    In *Duryea*—another arbitration brought by Petitioner's counsel—the Director determined that it is reasonable to infer that two candidate arbitrators "are biased or lack impartiality" because they each earlier awarded "substantial damages and attorneys' fees" against Stifel in similar arbitrations. In removing them from the candidate list, the Director observed, as here, that those arbitrations "involved the same Respondent, the same financial advisor, the same supervisors, and the same products," and decided that "[b]ased on the similarities between the current case and the prior cases, it is reasonable to infer that Arbitrators Salis and Gendler ***are biased or lack***

*impartiality in the current case*." Exhibit A (emphasis added). Notably, Ms. Salis was the chair of the underlying arbitration here.

Respectfully submitted January 9, 2026.

        **GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: /s/ *Michael N. Kreitzer*
**MICHAEL N. KREITZER**
Florida Bar No. 705561
kreitzerm@gtlaw.com
moisem@gtlaw.com
flservice@gtlaw.com
**PHILLIP M. SOVEN**
Florida Bar No. 1035504
phil.soven@gtlaw.com
moisem@gtlaw.com

Robert A. Sacks (*admitted pro hac vice*)
Robert M.W. Smith (*admitted pro hac vice*)
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, CA 90067-1725
Telephone: (310) 712-6600
sacksr@sullcrom.com
smithrob@sullcrom.com

G. Wayne Hillis, Jr. (*admitted pro hac vice*)
Scott E. Zweigel (*admitted pro hac vice*)
V. Justin Arpey (*admitted pro hac vice*)
**BRADLEY ARANT BOULT CUMMINGS LLP**
Promenade Tower, 20th Floor
1230 Peachtree Street NE
Atlanta, GA 30309
Telephone: (404) 868-2001
Facsimile: (404) 868-2010
whillis@bradley.com
szweigel@bradley.com
jarpey@bradley.com

2

*Attorneys for Respondent Stifel, Nicolaus & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was e-filed this January 9, 2026, and served to counsel of record for all parties via the Court's CM/ECF system.

*/s/ Michael N. Kreitzer*
MICHAEL N. KREITZER