# Exhibit A



| | |
|---|---|
| **TO:** | Scott E Zweigel, Esq. |
| **CC:** | Jeffrey Erez, Esq. |
| **From:** | Terresa Byrd<br>Case Administrator |
| **Subject:** | FINRA Dispute Resolution Services Arbitration Number 25-02274<br>Estate of Lovejoy Duryea and Ella Duryea Trust vs. Stifel, Nicolaus & Co., Inc. |
| **Date:** | January 8, 2026 |

On December 10, 2025, an Arbitrator Ranking Form for the above-captioned case was provided to the parties. Please be advised that the challenges to listed arbitrators, Arbitrators Monica Salis and Richard Gendler, have been granted. The Director will remove an arbitrator if it is reasonable to infer that the arbitrator is biased, lacks impartiality, or has a direct or indirect interest in the outcome of the arbitration. The interest or bias must be definite and capable of reasonable demonstration, rather than remote or speculative. Arbitrator Salis was a member of a panel that issued an award in Case 23-01342 in March 2025. In that case, the panel awarded substantial damages and attorneys' fees. That case involved the same Respondent, the same financial advisor, the same supervisors, and the same products. Arbitrator Gendler was a member of a panel that issued an award in Case 23-01270 in November 2024. In that case, the panel awarded substantial damages and attorneys' fees. That case involved the same Respondent, the same financial advisor, the same supervisors, and the same products. Based on the similarities between the current case and the prior cases, it is reasonable to infer that Arbitrators Salis and Gendler are biased or lack impartiality in the current case.

Arbitrators Monica Salis and Richard Gendler have been removed from this list and have been replaced with Arbitrators Steven Ainbinder and Patricia Morin.

We have made available for your review, on the DR Portal under the List Selection Tab, an updated Arbitrator Ranking Form and a Disclosure Report for each arbitrator on the list. The Disclosure Reports provide important arbitrator background information, including a list of the arbitrator's prior NASD and FINRA awards.

**If you have already submitted your ranking form to FINRA, please submit new rankings for the updated list by January 13, 2026. Your previous rankings will no longer be considered.**

Investor protection. Market integrity.   FINRA Dispute Resolution Services   101 N. Wacker Drive   t 312 899 4440
Central Region   Suite 2200   www.finra.org
Chicago, IL
60606

If you have any questions, please do not hesitate to contact me at 312-899-4613 or by email at Terresa.Byrd@finra.org.


TB2:tb2:LC54U
idr: 01/09/2023


RECIPIENTS:

Scott E Zweigel, Esq., Bradley Arant Boult Cummings LLP, 1230 Peachtree Street NE, Suite 2100, Atlanta, GA 30309
On Behalf Of: Stifel, Nicolaus & Co., Inc.

CC:
Jeffrey Erez, Esq., Erez Perez, Law, 1 Se 3Rd Ave., 1670, Miami, FL 33131
On Behalf Of: The Ella Duryea Trust; The Estate of Lovejoy Duryea