UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID JANNETTI, SARAH LYN    Case No.: 1:25-CV-21176-DPG
JANNETTI, ADAM JANNETTI, and
LEAH JANNETTI,

      Petitioners,

v.

STIFEL, NICOLAUS & CO., INC.,

      Respondent.
_____/

**PETITIONERS' NOTICE OF RESPONSE TO
RESPONDENT'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY**

The *Duryea* ruling is no different than the *Sustana* ruling previously submitted by Respondent [ECF No. 47], and it is inapplicable for the same reasons [ECF No. 50]. As in *Sustana*, *Duryea* involved removal of a potential arbitrator *prior* to the ranking of arbitrators. The request was decided under Rule 12407(a), which permits removal if it is "reasonable to infer" the *potential* arbitrator is biased. Here, Respondent sought to remove Charny *after* commencement of the first hearing session. Respondent's request was denied under Rule 12407(b), which permits removal of an arbitrator after the hearing begins only if the arbitrator fails to disclose information required to be disclosed that was not previously known by the parties.

Moreover, the Rule 12407(a) removal standard is less strict than the FAA standard to vacate for evident partiality. Rule 12407(a) permits removal if it is "reasonable to infer" bias, while the FAA requires evidence of bias that is direct and definite. The Director in *Duryea* ruled that it was "reasonable to infer" bias, which is the type of speculation that cannot support a

finding of evident bias under the FAA.  Thus, the ruling constitutes an administrative decision that has no precedential or persuasive value.

Dated:  January 15, 2026

Respectfully submitted,

MINSKER LAW PLLC

By: */s/ Jonathan E. Minsker*
Jonathan E. Minsker
Florida Bar No. 0038120
1100 Biscayne Blvd., Ste. 3701
Miami, Florida 33132
Telephone: (786) 988-1020
jminsker@minskerlaw.com

*Attorney to Petitioners David Jannetti, Sarah Lyn Jannetti, Adam Jannetti and Leah Jannetti*

-and-

Jeffrey Erez, Esq.
Florida Bar No.: 0102369
Stefan Apotheker, Esq.
Florida Bar No.: 0012502
EREZ LAW, PLLC
One Downtown
1 SE 3rd Avenue, Suite 1670
Miami, Florida 33131
Telephone Number: (305) 728-3320
Toll Free Number: (888) 840-1571
Facsimile Number: (786) 842-7549
jerez@erezlaw.com
sapotheker@erezlaw.com

*Attorneys to Petitioners David Jannetti, Sarah Lyn Jannetti, Adam Jannetti and Leah Jannetti*

-and-

Melanie E. Damian
Florida Bar No. 99392
DAMIAN | VALORI | CULMO

2

        1000 Brickell Avenue, Suite 1020
        Miami, Florida 33131
        Telephone: (305) 371-3960
        Facsimile: (305) 371-3965
        mdamian@dvllp.com

*Attorneys to Petitioners David Jannetti, Sarah Lyn Jannetti, Adam Jannetti and Leah Jannetti*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Petitioners' Notice of Response to Respondent's Second Notice of Supplemental Authority was served on this 15th day of January, 2026 on all counsel of record via the Court's CM/ECF system.

*/s/ Jonathan E. Minsker*
Jonathan E. Minsker
