**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-21176-DPG**

DAVID JANNETTI, et al.,

      **Petitioners**,

v.

STIFEL, NICOLAUS & CO., INC.,

      **Respondent**.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Magistrate Judge Eduardo I. Sanchez's  Report and Recommendation on Respondent's Motion to Vacate Arbitration Award and Petitioners' Cross-Motion for Post-Award Prejudgment Interest and Sanctions (the "Report"). [ECF No. 55]. On May 16, 2025, Respondent filed its Motion to Vacate Arbitration Award ("Respondent's Motion"). [ECF No. 27]. On August 4, 2025, Petitioners filed their Cross-Motion for Post-Award Prejudgment Interest and Sanctions ("Petitioners' Cross-Motion"). [ECF No. 39 at 62–63]. The Court referred both Motions to Judge Sanchez for a report and recommendation. [ECF Nos. 43 and 55].

On February 6, 2026, Judge Sanchez issued his Report recommending that Respondent's Motion be denied; that the underlying Petition to Confirm Arbitration Award, [ECF No. 1], be granted; and that Petitioners' Cross-Motion be granted in part and denied in part. Respondent filed objections to the Report, [ECF No. 56], to which Petitioners filed a response, [ECF No. 60].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation

are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which no specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). After conducting a *de novo* review of the record, the Court agrees with Judge Sanchez's well-reasoned analysis and conclusions that Respondent's Motion be denied; that the Petition to Confirm Arbitration Award be granted; and that Petitioners' Cross-Motion be granted in part and denied in part.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1)     The Report and Recommendation, [ECF No. 55], is **ADOPTED** in full.

(2)     The Petition to Confirm Arbitration Award, [ECF No. 1], is **GRANTED**.

(3)     Respondent's Motion to Vacate Arbitration Award, [ECF No. 27], is **DENIED**.

(4)     Petitioners' Cross-Motion for Post-Award Prejudgment Interest and Sanctions, [ECF No. 39 at 62–63], is **GRANTED** as to the request for prejudgment interest and **DENIED** as to the request for sanctions.

(5)     This Case is **CLOSED** for administrative purposes.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of March, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

2