# EXHIBIT B

## CALCULATION OF POST-AWARD PREJUDGMENT INTEREST

**Total Award Amount - $132,519,260**

**D. Jannetti** - $26,123,965 compensatory + $78,371,895 punitive = $104,495,860
+ ($104,495,860 x .25) = $26,123,965 attorney fees

**Total D. Jannetti award = $130,619,825**

**L. Jannetti** - $127,501 compensatory + $382,503 punitive = $510,004
+  ($510,004 x .25) = $127,501 attorney fees

**Total L. Jannetti award = $637,505**

**A. Jannetti** - $127,164 compensatory + $381,492 punitive = $508,656
+ ($508,656 x .25) = $127,164 attorney fees

**Total A. Jannetti award = $632,820**

**S. Jannetti** - $125,662 compensatory + $376,986 punitive = $502,648
+ ($502,648 x .25) = $125,662

**Total S. Jannetti award = $628,310**

**Costs - $800**

**Prejudgment Interest**

D. Jannetti – Award of $130,619,825

> 3/12/25 - 3/31/25 = 20 days @ 9.38% (.000256986/day) = $33,567.47 x 20 = $671,349.33
> 4/1/25 - 6/30/25 = 91 days @ 9.15% (.000250685/day) = $32,744.43 x 91 = $2,979,743.21
> 7/1/25 - 9/30/25 = 92 days @ 8.90% (.000243836/day) = $31,849.81 x 92 = $2,930,183.04
> 10/1/25 - 12/31/25 = 92 days @ 8.65% (.000236986/day) = $30,955.07 x 92 = $2,847,866.43
> 1/1/26 - 3/31/26 = 91 days @ 8.44% (.000231233/day) = $30,203.61 x 91 = $2,748,528.87
> 4/1/26 - __/__/26 (the date of the Final Judgment) = __ days (number of days from April 1, 2026 to the date of the Final Judgment) @ 8.25% (.000226027/day) = $29,523.61 (per diem interest) x __ (number of days from April 1, 2026 to the date of the Final Judgment) = $_____

**Total D. Jannetti Prejudgment Interest = $12,177,670.88 + (amount from 4/1/26 through date of the Final Judgment)**

L. Jannetti – Award of $637,505

> 3/12/25 - 3/31/25 = 20 days @ 9.38% (.000256986/day) = $163.83 x 20 = $3,276.60
> 4/1/25 - 6/30/25 = 91 days @ 9.15% (.000250685/day) = $159.81 x 91 = $14,542.98
> 7/1/25 - 9/30/25 = 92 days @ 8.90% (.000243836/day) = $155.45 x 92 = $14,301.09
> 10/1/25 - 12/31/25 = 92 days @ 8.65% (.000236986/day) = $151.08 x 92 = $13,899.34
> 1/1/26 - 3/31/26 = 91 days @ 8.44% (.000231233/day) = $147.41 X 91 = $13,414.51
> 4/1/26 - __/__/26 (the date of the Final Judgment) = __ days (number of days from April 1, 2026 to the date of the Final Judgment) @ 8.25% (.000226027/day) = $144.09 (per diem interest) x __ (number of days from April 1, 2026 to the date of the Final Judgment) = $_____

**Total L. Jannetti Prejudgment Interest = $59,434.52 + (amount from 4/1/26 through date of the Final Judgment)**

A. Jannetti – Award of $632,820

> 3/12/25 - 3/31/25 = 20 days @ 9.38% (.000256986/day) = $162.63 x 20 = $3,252.52
> 4/1/25 - 6/30/25 = 91 days @ 9.15% (.000250685/day) = $158.64 x 91 = $14,436.10
> 7/1/25 - 9/30/25 = 92 days @ 8.90% (.000243836/day) = $154.30 x 92 = $14,196.00
> 10/1/25 - 12/31/25 = 92 days @ 8.65% (.000236986/day) = $149.97 x 92 = $13,797.19
> 1/1/26 - 3/31/26 = 91 days @ 8.44% (.000231233/day) = $146.33 x 91 = $13,315.93
> 4/1/26 - __/__/26 (the date of the Final Judgment) = __ days (number of days from April 1, 2026 to the date of the Final Judgment) @ 8.25% (.000226027/day) = $143.03 (per diem interest) x __ (number of days from April 1, 2026 to the date of the Final Judgment) = $_____

**Total A. Jannetti Prejudgment Interest = $58,997.74 + (amount from 4/1/26 through date of the Final Judgment)**

S. Jannetti – Award of $628,310

> 3/12/25 - 3/31/25 = 20 days @ 9.38% (.000256986/day) = $161.47 x 20 = $3,229.34
> 4/1/25 - 6/30/25 = 91 days @ 9.15% (.000250685/day)=$157.51 x 91 = $14,333.22
> 7/1/25 - 9/30/25 = 92 days @ 8.90% (.000243836/day) = $153.20 x 92 = $14,094.82
> 10/1/25 - 12/31/25 = 92 days @ 8.65% (.000236986/day) = $148.90 x 92 = $13,698.86
> 1/1/26 - 3/31/26 = 91 days @ 8.44% (.000231233/day) = $145.29 x 91 = $13,221.03
> 4/1/26 - __/__/26 (the date of the Final Judgment) = __ days (number of days from April 1, 2026 to the date of the Final Judgment) @ 8.25% (.000226027/day) = $142.02 (per diem interest) x __ (number of days from April 1, 2026 to the date of the Final Judgment) = $_____

**Total S. Jannetti Prejudgment Interest = \$58,577.27 + (amount from 4/1/26 through date of the Final Judgment)**

Costs – Award of \$800

> 3/12/25 - 3/31/25 = 20 days @ 9.38% (.000256986/day) = \$.21 x 20 = \$4.20
> 4/1/25 - 6/30/25 = 91 days @ 9.15% (.000250685/day) =  \$.20 x 91 = \$18.20
> 7/1/25 - 9/30/25 = 92 days @ 8.90% (.000243836/day) =  \$.20 x 92 = \$18.40
> 10/1/25 - 12/31/25 = 92 days @ 8.65% (.000236986/day) = \$.19 x 92 = \$17.48
> 1/1/26 - 3/31/26 = 91 days @ 8.44% (.000231233/day) = \$.18 x 91 = \$16.38
> 4/1/26 - __/__/26 (the date of the Final Judgment) = __ days (number of days from April 1, 2026 to the date of the Final Judgment) @ 8.25% (.000226027/day) = \$.18 (per diem interest) x __ (number of days from April 1, 2026 to the date of the Final Judgment) = \$_____

**Total Costs Prejudgment Interest = \$74.66 + (amount from 4/1/26 through date of the Final Judgment)**