# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID JANNETTI, SARAH LYN                           Case No.: 1:25-CV-21176-DPG/EIS
JANNETTI, ADAM JANNETTI, and
LEAH JANNETTI,

     Petitioners,

v.

STIFEL, NICOLAUS & CO., INC.,

     Respondent.
_____/

### [PROPOSED] FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order entered on March 24, 2026 [ECF No. 61], it is hereby ORDERED and ADJUDGED as follows:

1. The Petition to Confirm Arbitration Award [ECF No. 1] is GRANTED. The arbitration award is CONFIRMED in its entirety and incorporated herein.

2. Respondent's Motion to Vacate Arbitration Award [ECF No. 27] is DENIED.

3. Petitioners' Cross-Motion for Prejudgment Interest [ECF No. 39] is GRANTED.

4. Petitioners' Cross-Motion for Sanctions [ECF No. 39] is DENIED.

5. Petitioners are awarded damages and pre-judgment interest, pursuant to Fla. Stat. §55.03, from March 12, 2025, the date the arbitration award was issued, through the date of this Final Judgment, as follows:

    a. David Jannetti is awarded the amount of $130,619,825.00, plus $12,147,467.27 in prejudgment interest from March 12, 2025 through March 31, 2026, plus $_____ in prejudgment interest from April 1, 2026 through the date hereof at the daily rate of $29,523.61 per day.

b. Leah Jannetti is awarded the amount of $628,310.00, plus $58,431.98 in prejudgment interest from March 12, 2025 through March 31, 2026, plus $_____ in prejudgment interest from April 1, 2026 through the date hereof at the daily rate of $144.09 per day.

c. Adam Jannetti is awarded the amount of $632,820.00, plus $58,851.41 in prejudgment interest from March 12, 2025 through March 31, 2026, plus $_____ in prejudgment interest from April 1, 2026 through the date hereof at the daily rate of $143.03 per day.

d. Sarah Lyn Jannetti is awarded the amount of $637,505.00, plus $59,287.11 in prejudgment interest from March 12, 2025 through March 31, 2026, plus $_____ in prejudgment interest from April 1, 2026 through the date hereof at the daily rate of $142.02 per day.

e. Petitioners are awarded costs in the amount of $800, plus $74.66 in prejudgment interest from March 12, 2025 through March 31, 2026, plus $_____ in prejudgment interest from April 1, 2026 through the date hereof at the daily rate of $.18 per day.

6. Petitioners are awarded post-judgment interest pursuant to 28 U.S.C. § 1961.

7. All pending motions, if any, are DENIED as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, this __ day of _____, 2026.

_____
Darrin P. Gayles
United States District Judge

Copies furnished to:

All counsel of record

2