# EXHIBIT C

## <u>CALCULATION OF POST-AWARD PREJUDGMENT INTEREST</u>

**<u>Total Award Amount - $132,519,260</u>**

**D. Jannetti** - $26,123,965 compensatory + $78,371,895 punitive = $104,495,860
+ ($104,495,860 x .25) = $26,123,965 attorney fees

    **Total D. Jannetti award = $130,619,825**

**L. Jannetti** - $127,501 compensatory + $382,503 punitive = $510,004
+  ($510,004 x .25) = $127,501 attorney fees

    **Total L. Jannetti award = $637,505**

**A. Jannetti** - $127,164 compensatory + $381,492 punitive = $508,656
+ ($508,656 x .25) = $127,164 attorney fees

    **Total A. Jannetti award = $632,820**

**S. Jannetti** - $125,662 compensatory + $376,986 punitive = $502,648
+ ($502,648 x .25) = $125,662

    **Total S. Jannetti award = $628,310**

**<u>Costs - $800</u>**

**<u>Prejudgment Interest</u>**

D. Jannetti – Award of $130,619,825

    3/12/25 - 3/31/25 = 20 days @ 9.38% (.000256986/day) = $33,567.47 x 20 = $671,349.33
    4/1/25 - 6/30/25 = 91 days @ 9.15% (.000250685/day) = $32,744.43 x 91 = $2,979,743.21
    7/1/25 - 9/30/25 = 92 days @ 8.90% (.000243836/day) = $31,849.81 x 92 = $2,930,183.04
    10/1/25 - 12/31/25 = 92 days @ 8.65% (.000236986/day) = $30,955.07 x 92 = $2,847,866.43
    1/1/26 - 3/31/26 = 90 days @ 8.44% (.000231233/day) = $30,203.61 x 90 = $2,718,324.90
    4/1/26 - __/__/26 (the date of the Final Judgment) = __ days (number of days from April 1, 2026 to the date of the Final Judgment) @ 8.25% (.000226027/day) = $29,523.61 (per diem interest) x __ (number of days from April 1, 2026 to the date of the Final Judgment) = $_____

**Total D. Jannetti Prejudgment Interest = $12,147,467.27 + (amount from 4/1/26 through date of the Final Judgment)**

L. Jannetti – Award of $637,505

        3/12/25 - 3/31/25 = 20 days @ 9.38% (.000256986/day) = $163.83 x 20 = $3,276.60
        4/1/25 - 6/30/25 = 91 days @ 9.15% (.000250685/day) = $159.81 x 91 = $14,542.98
        7/1/25 - 9/30/25 = 92 days @ 8.90% (.000243836/day) = $155.45 x 92 = $14,301.09
        10/1/25 - 12/31/25 = 92 days @ 8.65% (.000236986/day) = $151.08 x 92 = $13,899.34
        1/1/26 - 3/31/26 = 90 days @ 8.44% (.000231233/day) = $147.41 X 90 = $13,267.10
        4/1/26 - __/__/26 (the date of the Final Judgment) = __ days (number of days from April 1, 2026 to the date of the Final Judgment) @ 8.25% (.000226027/day) = $144.09 (per diem interest) x __ (number of days from April 1, 2026 to the date of the Final Judgment) = $_____

**Total L. Jannetti Prejudgment Interest = $59,287.11 + (amount from 4/1/26 through date of the Final Judgment)**

A. Jannetti – Award of $632,820

        3/12/25 - 3/31/25 = 20 days @ 9.38% (.000256986/day) = $162.63 x 20 = $3,252.52
        4/1/25 - 6/30/25 = 91 days @ 9.15% (.000250685/day) = $158.64 x 91 = $14,436.10
        7/1/25 - 9/30/25 = 92 days @ 8.90% (.000243836/day) = $154.30 x 92 = $14,196.00
        10/1/25 - 12/31/25 = 92 days @ 8.65% (.000236986/day) = $149.97 x 92 = $13,797.19
        1/1/26 - 3/31/26 = 90 days @ 8.44% (.000231233/day) = $146.33 x 90 = $13,169.70
        4/1/26 - __/__/26 (the date of the Final Judgment) = __ days (number of days from April 1, 2026 to the date of the Final Judgment) @ 8.25% (.000226027/day) = $143.03 (per diem interest) x __ (number of days from April 1, 2026 to the date of the Final Judgment) = $_____

**Total A. Jannetti Prejudgment Interest = $58,851.41 + (amount from 4/1/26 through date of the Final Judgment)**

 S. Jannetti – Award of $628,310

        3/12/25 - 3/31/25 = 20 days @ 9.38% (.000256986/day) = $161.47 x 20 = $3,229.34
        4/1/25 - 6/30/25 = 91 days @ 9.15% (.000250685/day)=$157.51 x 91 = $14,333.22
        7/1/25 - 9/30/25 = 92 days @ 8.90% (.000243836/day) = $153.20 x 92 = $14,094.82
        10/1/25 - 12/31/25 = 92 days @ 8.65% (.000236986/day) = $148.90 x 92 = $13,698.86
        1/1/26 - 3/31/26 = 90 days @ 8.44% (.000231233/day) = $145.29 x 90 = $13,076.10
        4/1/26 - __/__/26 (the date of the Final Judgment) = __ days (number of days from April 1, 2026 to the date of the Final Judgment) @ 8.25% (.000226027/day) = $142.02 (per diem interest) x __ (number of days from April 1, 2026 to the date of the Final Judgment) = $_____

**Total S. Jannetti Prejudgment Interest = $58,431.98 + (amount from 4/1/26 through date of the Final Judgment)**

Costs – Award of $800

3/12/25 - 3/31/25 = 20 days @ 9.38% (.000256986/day) = $.21 x 20 = $4.20
4/1/25 - 6/30/25 = 91 days @ 9.15% (.000250685/day) =  $.20 x 91 = $18.20
7/1/25 - 9/30/25 = 92 days @ 8.90% (.000243836/day) =  $.20 x 92 = $18.40
10/1/25 - 12/31/25 = 92 days @ 8.65% (.000236986/day) = $.19 x 92 = $17.48
1/1/26 - 3/31/26 = 90 days @ 8.44% (.000231233/day) = $.18 x 90 = $16.20
4/1/26 - __/__/26 (the date of the Final Judgment) = __ days (number of days from April 1, 2026 to the date of the Final Judgment) @ 8.25% (.000226027/day) = $.18 (per diem interest) x __ (number of days from April 1, 2026 to the date of the Final Judgment) = $_____

**Total Costs Prejudgment Interest = $74.48 + (amount from 4/1/26 through date of the Final Judgment)**